THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORHAM MANUFACTURING

COMPANY, Relator, v. STATE TAX COMMISSION, Respondent.— Motion for reargument granted.